# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN AVENDANO, | ) NO. CV 11-00294-VAP (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS AND |
| J. TIM OCHOA, WARDEN, | ) RECOMMENDATIONS OF UNITED STATE |
| Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondent's Motion To Dismiss ("Motion"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been received by the Court. The Court accepts and adopts the Report and the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Motion is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 15, 2011 .

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE