# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN AVENDANO,<br><br>        Petitioner,<br><br>  v.<br><br>J. TIM OCHOA, WARDEN,<br><br>        Respondent. | NO. CV 11-00294-VAP (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 15, 2011          .

                                                        /s/ Virginia A. Phillips
                                                        VIRGINIA A. PHILLIPS
                                                  UNITED STATES DISTRICT JUDGE